Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor



Order Filed on November 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re:<br><br>Francis D Avella,<br><br>Debtor. | Chapter 13<br><br>Case No. 18-30162-VFP<br><br>Hearing Date:  November 1, 2018 at 10:00 a.m.<br><br>Judge: Vincent F. Papalia |
|---|---|

**INTERIM ORDER EXTENDING AUTOMATIC STAY AND DIRECTING DEBTOR TO MAKE POST-PETITION PAYMENTS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: November 15, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Francis D Avella |
| Case No.: | 18-30162-VFP |
| Caption of Order: | **INTERIM ORDER EXTENDING AUTOMATIC STAY AND DIRECTING DEBTOR TO MAKE POST-PETITION PAYMENTS** |

     THIS MATTER having been opened to the Court upon the motion to extend the automatic stay brought by Francis D. Avella (the "Debtor") and an objection having been filed by the first mortgagee of the Debtor's principal residence, Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10 ("SLS"), and the Court having considered the arguments presented by the Debtor and SLS, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby extended until December 6, 2018.
2. SLS shall file a motion to vacate the automatic stay returnable December 6, 2018, so that it will have stay relief with respect to the property of this bankruptcy estate and it may proceed to foreclosure sale.
3. The Debtor shall remit a post-petition payment in the amount of $2,062.58 so that it is received by SLS no later than November 7, 2018.
4. The Debtor shall remit an additional post-petition payment in the amount of $2,062.58 so that it received by SLS no later than December 5, 2018.
5. The Debtor may pursue loss mitigation with SLS between now and the December 6, 2018 hearing before this Court.

9526-7176