Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30162−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Francis D Avella
  aka Frank Avella
  4306 Newkirk Avenue
  Apartment#1
  North Bergen, NJ 07047

Social Security No.:
  xxx−xx−7255

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/18/18 at 10:00 AM

to consider and act upon the following:

*6* − Motion to Extend Automatic Stay Filed by Herbert B. Raymond on behalf of Francis D Avella. Hearing scheduled for 11/1/2018 at 11:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification Of Debtor in Support of Motion to Extend Stay # 2 Proposed Order Extending Automatic Stay # 3 Certificate of Service) (Raymond, Herbert)

*29* − Document re: Correspondence with Court Confirming Adjournment and Deadline for Supplemental Submissions (related document:6 Motion to Extend Time filed by Debtor Francis D Avella, 22 Motion for Relief From Stay filed by Creditor Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004−AR10, Mortgage Pass−Through Certificates, Series 2004−AR10 as serviced by Specialized Loan Servicing, LLC, Motion for Relief from Co−Debtor Stay) filed by Herbert B. Raymond on behalf of Francis D Avella. (Raymond, Herbert)

Dated: 12/13/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court