Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−30162−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francis D Avella
   aka Frank Avella
   4306 Newkirk Avenue
   Apartment#1
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7255

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/18/18 at 10:00 AM

to consider and act upon the following:

*6* − Motion to Extend Automatic Stay Filed by Herbert B. Raymond on behalf of Francis D Avella. Hearing scheduled for 11/1/2018 at 11:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification Of Debtor in Support of Motion to Extend Stay # 2 Proposed Order Extending Automatic Stay # 3 Certificate of Service) (Raymond, Herbert)

*29* − Document re: Correspondence with Court Confirming Adjournment and Deadline for Supplemental Submissions (related document:6 Motion to Extend Time filed by Debtor Francis D Avella, 22 Motion for Relief From Stay filed by Creditor Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004−AR10, Mortgage Pass−Through Certificates, Series 2004−AR10 as serviced by Specialized Loan Servicing, LLC, Motion for Relief from Co−Debtor Stay) filed by Herbert B. Raymond on behalf of Francis D Avella. (Raymond, Herbert)

Dated: 12/13/18

                                         Jeanne Naughton
                                         Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-30162-VFP
Francis D Avella                                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2018
                                  Form ID: ntchrgbk        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db           +Francis D Avella,    4306 Newkirk Avenue,    Apartment#1,    North Bergen, NJ 07047-2710
aty          +Kevin McDonald,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
cr           +Deutsche Bank National Trust Company, as Trustee f,    8742 Lucent Blvd,    Suite 300,
               Highlands Ranch, CO 80129-2386
cr           +Specialized Loan Servicing, LLC as servicer for De,    McCalla Raymer Leibert Pierce, LLC,
               99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
cr           +The Bank of New York Mellon, f/k/a The Bank of New,    c/o Frenkel, Lambert, Weiss, Weisman & G,
               80 Main Street, Suite 460,    West Orange, NJ 07052-5414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing as Servicer for Deutsche
               Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage
               Pass-Through Certificates, Series 2004-AR10 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Francis D Avella bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
               as serviced by Specialized Loan Servicing, LLC NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
               Under the Pooling and Servicing Agreement Dated Se NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
               NJ_ECF_Notices@McCalla.com
              Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
               Pass-Through Certificates Series 2005-62 sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9