

Melissa N. Licker, Esq.
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

Order Filed on January 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 7 |
|---|---|
| Francis D Avella aka Frank Avella, | Case No. 18-30162-VFP |
| | Hearing Date: |
| Debtor. | Judge: Vincent F. Papalia |

### CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO MOTION TO EXTEND AUTOMATIC STAY AND DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: January 3, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Debtor: Francis D Avella aka Frank Avella
Case No.: 18-30162-VFP
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO MOTION TO EXTEND AUTOMATIC STAY AND DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

THESE MATTERS having been opened to the Court upon the motion of Francis D Avella ("Debtor") seeking to extend the automatic stay and Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10, as serviced by Specialized Loan Servicing, LLC ("Secured Creditor") seeking to vacate the automatic stay with respect to Secured Creditor's first mortgage lien on the property known 4306 Newkirk Ave, North Bergen, NJ 07047 ("Property"), and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown it is hereby

**ORDERED AS FOLLOWS:**

1. Debtor shall immediately remit payment in the amount of $2,068.00 for the payment due December 1, 2018.
2. Debtor shall continue making monthly payments in the amount of $2,068.00 no later than the fifteenth (15) day of each month while the automatic stay remain in effect and loss mitigation is pending in the Bankruptcy Court with Secured Creditor.
3. Debtor shall have until March 1, 2019 to complete loss mitigation with Secured Creditor.
4. The automatic stay shall be extended with respect to Secured Creditor while loss mitigation is pending in Bankruptcy Court.
5. The loss mitigation period may be extend by stipulation of Debtor and Secured Creditor to be entered on the bankruptcy docket or by Bankruptcy Court order.

Page 3

Debtor: Francis D Avella aka Frank Avella
Case No.: 18-30162-VFP
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO MOTION TO EXTEND AUTOMATIC STAY AND DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

---

6. Upon default of the above terms, Secured Creditor may submitted a certification of default to the Bankruptcy Court for entry of order vacating the automatic stay with respect Secured Creditor and the Property.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor

By: /s/ [signature]
    Melissa N. Licker
Date: 12/28/2018

Herbert B. Raymond
Attorney for the Debtor

By: [signature]
    Herbert B. Raymond
Date: 12/28/18