Melissa N. Licker, Esq.
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

Order Filed on January 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re:<br><br>Francis D Avella aka Frank Avella,<br><br><br>                                 Debtor. | Chapter 7<br><br>Case No. 18-30162-VFP<br><br>Hearing Date:<br><br>Judge: Vincent F. Papalia |
|---|---|

## CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO MOTION TO EXTEND AUTOMATIC STAY AND DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through three (3) is hereby

### ORDERED

**DATED: January 3, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

| | |
|---|---|
| Debtor: | Francis D Avella aka Frank Avella |
| Case No.: | 18-30162-VFP |
| Caption of Order: | CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO MOTION TO EXTEND AUTOMATIC STAY AND DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY |

THESE MATTERS having been opened to the Court upon the motion of Francis D Avella ("Debtor") seeking to extend the automatic stay and Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10, as serviced by Specialized Loan Servicing, LLC ("Secured Creditor") seeking to vacate the automatic stay with respect to Secured Creditor's first mortgage lien on the property known 4306 Newkirk Ave, North Bergen, NJ 07047 ("Property"), and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown it is hereby

**ORDERED AS FOLLOWS:**

1. Debtor shall immediately remit payment in the amount of $2,068.00 for the payment due December 1, 2018.
2. Debtor shall continue making monthly payments in the amount of $2,068.00 no later than the fifteenth (15) day of each month while the automatic stay remain in effect and loss mitigation is pending in the Bankruptcy Court with Secured Creditor.
3. Debtor shall have until March 1, 2019 to complete loss mitigation with Secured Creditor.
4. The automatic stay shall be extended with respect to Secured Creditor while loss mitigation is pending in Bankruptcy Court.
5. The loss mitigation period may be extend by stipulation of Debtor and Secured Creditor to be entered on the bankruptcy docket or by Bankruptcy Court order.

Page 3

Debtor: Francis D Avella aka Frank Avella
Case No.: 18-30162-VFP
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO MOTION TO EXTEND AUTOMATIC STAY AND DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

6. Upon default of the above terms, Secured Creditor may submitted a certification of default to the Bankruptcy Court for entry of order vacating the automatic stay with respect Secured Creditor and the Property.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor
By: /s/ Melissa N. Licker
Date: 12/28/2018

Herbert B. Raymond
Attorney for the Debtor
By: Herbert B. Raymond
Date: 12/28/18

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-30162-VFP
Francis D Avella                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 1              Date Rcvd: Jan 04, 2019
                                  Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2019.
db          +Francis D Avella,   4306 Newkirk Avenue,   Apartment#1,   North Bergen, NJ 07047-2710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing as Servicer for Deutsche
               Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage
               Pass-Through Certificates, Series 2004-AR10 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Francis D Avella bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
               Under the Pooling and Servicing Agreement Dated Se NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
               NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
               as serviced by Specialized Loan Servicing, LLC NJ_ECF_Notices@McCalla.com
              Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
               Pass-Through Certificates Series 2005-62 sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9