UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Raymond and Raymond, Esqs.**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711**
**Email:bankruptcy123@comcast.net**
**Herbert B. Raymond, Esq.**
**Jeffrey M. Raymond, Esq.**
**Kevin DeLyon, Esq.**
**Attorneys for the Debtor(s)**

Order Filed on February 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FRANCIS D. AVELLA, DEBTOR(S)

Case No.: 18-30162  VFP

Adv. No.:

Hearing Date: 2/7/19 @ 11:00 A.M.

Judge: VINCENT F. PAPALIA

ORDER EXTENDING THE AUTOMATIC STAY
AS TO REMAINING CREDITORS

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: February 11, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: Francis D. Avella, Debtor(s)
Case no.: 18-30162 VFP
Caption of order: Order Extending The Automatic Stay As to Remaining Creditors
_____

    1. The automatic stay be and is hereby extended as to all creditors and/or all parties in interest noticed in this motion.*

    2. That the automatic stay be and is hereby extended as to Select Portfolio Servicing, LLC and/or Bank of New York Mellon, concerning its foreclosure action and related proceedings pertaining to the mortgage it holds pertaining to real property located at 1312 43rd Street, North Bergen, NJ 07047.

    * The Reinstatement of the stay is effective as of the date of entry of this Order and its service on the affected creditors and other parties in interest. No action taken by any creditor or other party in interest while the stay was not in effect as to that party shall constitute a violation of the automatic stay.

    3. Debtor's counsel shall serve a copy of this Order on all creditors and other parties in interest within three (3) business days of its entry and promptly file proof of such service.