UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: bankruptcy@optonline.net**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Attorneys for the Debtor(s)**

**Order Filed on March 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  FRANCIS AVELLA,  DEBTOR(S)

Case No.: 18-30162 (VFP)

Adv. No.:

Hearing Date:

Judge: VINCENT PAPALIA

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

　　　The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: March 29, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Francis Avella, Debtor(s)

Case no.:  18-30162 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$950.00** for services rendered and expenses in the amount **$40.00**   for a total of **$990.00.**  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

The debtor's monthly plan payment is modified to require payments as follows:

**$500 per month for eighteen (18) months**

**$1,262 per month for forty-two (42) months starting May 2020**

These payments are to be made by the Debtor to the Chapter 13 Trustee, Marie-Ann Greenberg, Esq.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.