UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

HERBERT B. RAYMOND, ESQ.
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: herbertraymond@gmail.com
HERBERT B. RAYMOND, ESQ.
JEFFREY M. RAYMOND, ESQ.
KEVIN DELYON, ESQ.
ATTORNEYS FOR THE DEBTOR(S)

**Order Filed on June 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

FRANCIS D. AVELLA,  DEBTOR(S)

Case No.: 18-30162 VFP

Adv. No.:

Hearing Date: N/A

Judge: VINCENT F. PAPALIA

ORDER AUTHORIZING LOAN
MODIFICATION AND FOR OTHER RELIEF

The relief set forth on the following pages, two (2) through four (4) is hereby ORDERED:

**DATED: June 18, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Francis D. Avella, Debtor(s)

Case no.: 18-30162 VFP

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

    1. That the Debtor(s) be and are hereby authorized to enter into and consummate a loan modification with Specialized Loan Servicing, LLC ('Specialized'), pursuant to the terms and conditions of the proposed loan modification agreement, entitled Home Modification Agreement, filed as an Exhibit in support of this motion relating, to real property located at 4306 Newkirk Avenue, North Bergen, New Jersey 07047 and the loan modification be and is hereby approved.

    2. That the Debtor and/or Specialized, be and are authorized to enter and consummate any transaction necessary and incident to the loan modification relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor(s) to someone else.

        a. Limited automatic stay relief is granted, to allow Specialized, to negotiate any such agreement with the Debtor(s) or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate county recorders office without such action being considered a violation of the automatic stay.

    3. That the Debtor and/or Specialized, are authorized to negotiate and prepare the terms or documents relating to a loan

Page 3

Debtor: Francis D. Avella, Debtor(s)

Case no.: 18-30162 VFP

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not considered to be a violation of the automatic stay and are specifically authorized by the Bankruptcy Court.

    4. That any communication by the parties relating to the loan modification shall be considered to be negotiations, pursuant to the Rules of Evidence, and shall not be used by either party against the other in the context of any subsequent litigation in this Court or any state court, federal court or non-judicial forum.

    5. That nothing in this order shall be construed as a modification of the plan.

    6. That the mortgage company and/or mortgage servicer may not persuade the Debtor(s) to dismiss this case in order to consummate a loan modification.

    7. That because the mortgage is being modified and the pre-petition arrears are being addressed in the new mortgage, the pre-petition arrearage claim, filed by Specialized, or its predecessors, assignees or successor in interest, as claim

Page 4

Debtor: Francis D. Avella, Debtor(s)

Case no.: 18-30162 VFP

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

number two (2) on the claims register, shall not be paid and the Trustee shall not make any payments/disbursements on this pre-petition arrearage claim or any post-petition arrearage added to the plan, if applicable.  If the modification is not consummated  for any reason, Specialized, may, during the pendency of this case, re-list the matter for further hearing, otherwise, this order shall be deemed final.