UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: bankruptcy123@comcast.net

Order Filed on June 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FRANCIS AVELLA,

DEBTOR

Case No.:    18-30162

Chapter:    13

Judge:    VFP

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 24, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____3/29/19_____ :

Property:    4306 NEWKIRK AVE, NORTH BERGEN, NJ

Creditor:    SPECIALIZED LOAN SERVICING

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTOR_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____9/21/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*