Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.: 18−30162−VFP
                            Chapter: 13
                            Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francis D Avella
   aka Frank Avella
   4306 Newkirk Avenue
   Apartment#1
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7255

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on February 14, 2019.

   On 12/6/19 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                January 16, 2020
Time:              08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 6, 2019
JAN: wdh

Jeanne Naughton  
Clerk