**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 3 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
FRANCIS D. AVELLA,

Debtor(s)

Case No.: __18-30162 VFP__

Judge: __VINCENT F. PAPALIA__

## Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required    Date: __DECEMBER 6, 2019__

☒ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __HR__    Initial Debtor: __FA__    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____***_____ per _____MONTH_____ to the Chapter 13 Trustee, starting on _____NOVEMBER OF 2018_____ for approximately _____60_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 4306 Newkirk Ave., N. Bergen, NJ
Proposed date for completion: 4/30/19 or as extended **

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

** Completion of loan modification on or before April 30, 2019, or as extended by the Court. Debtor to make regular monthly mortgage payment (not loss mitigation payment) to lender/servicer (starting November 1, 2018 and thereafter), Specialized Loan Servicing, pertaining to this mortgage. Trustee is not to pay mortgage arrears due to Specialized Loan Servicing, pertaining to this mortgage. Mortgage arrears, due to Specialized Loan Servicing, to be addressed through loan modification.

*** i. $5,000 paid in to date through December of 2019 (14 months);
   ii. $949 per month, starting in January of 2020 through and including April of 2020 (4 months);
   iii. $2,049 per month, starting in May of 2020 for a period of forty-two (42) months

Increase in payments premised primarily on greater rental income.

**Part 2:    Adequate Protection** ☒ **NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | NONE AS TO DOMESTIC SUPPORT | $4,750 Balance Due Counsel (Orig. Fee) |
| INTERNAL REVENUE SERVICE | INCOME TAX LIABILITY | $179.05 est. |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICES, INC. (BNY MELLON CREDITOR) | MORTGAGE ARREARS PRE-PETITION AND POST-PETITION RE: 1312 43RD ST., N. BERGEN, NJ | $49,935.53 PRE-PETITION $28,393.87 POST-PETITION; TOTAL ARREARAGE TO BE PAID OF $78,329.40 | N/A | $78,329.40 TOTAL ARREARAGE | CONT'D Reg. Payments STARTING 12/1/19 BY DEBTOR DIRECTLY TO SELECT PORT. SERVICES |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | 2nd Mort. re: 4306 Newkirk | $115,000 | $284,000 | SLS IAO $340,000 | NO VALUE | N/A | NO VALUE |
| Crown Bank Discover Bank | Judgments against properties | $Unknown $8,800 | Same re: Newkirk; $470,000 as to 1312 43rd St. | Same re: Newkirk $640,000 due to SPS as to 1312 43rd Street | NO VALUE AS TO BOTH JUDGMENTS | N/A N/A | No value as to both judgments |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | 2nd Mort. re: 4306 Newkirk Ave., N. Bergen, NJ | $115,000 | $284,000 | SLS IAO $340,000 | NO VALUE | $115,000 (Entire Mortgage) |
| Crown Bank Discover Bank | Judgments against properties (Newkirk and 1312 43rd St.) | $Unknown $8,800 | Same re: Newkirk property; $470,000 as to 1312 43rd St. | Same re: Newkirk; $640,000 due to SPS as to 1312 43rd Street, N. Bergen, NJ | NO VALUE AS TO BOTH JUDGMENTS | $Unknown (Entire) $8,800 (Entire) |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Counsel Fees & Supp. Counsel Fees (Fully paid before other Claims)

3) Secured Claims and then Priority Claims

4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: OCTOBER 23, 2018                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| TO PROVIDE FOR POST-PETITION ARREARS WHICH WERE ADDED TO THE PLAN TO BE PAID | THE PLAN NOW PROVIDES FOR PAYMENT OF THE POST-PETITION ARREARAGE ON THE MORTGAGE WITH SELECT PORTFOLIO SERVICES (BNY MELLON).  PLAN PAYMENTS INCREASE TO COVER THE POST-PETITION ARREARAGE WHICH WAS ADDED TO THE PLAN. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: DECEMBER 6, 2019                              /S/ FRANCIS D. AVELLA
                                                    Debtor

Date: _____                        _____
                                                    Joint Debtor

Date: DECEMBER 6, 2019                              /S/ HERBERT B. RAYMOND, ESQ.
                                                    Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-30162-VFP
Francis D Avella                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 3              Date Rcvd: Dec 23, 2019
                               Form ID: pdf901          Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
```
db             +Francis D Avella,    4306 Newkirk Avenue,    Apartment#1,    North Bergen, NJ 07047-2710
aty            +Kevin McDonald,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
cr             +Deutsche Bank National Trust Company, as Trustee f,    8742 Lucent Blvd,    Suite 300,
                 Highlands Ranch, CO 80129-2386
cr             +Specialized Loan Servicing, LLC as servicer for De,    McCalla Raymer Leibert Pierce, LLC,
                 99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
cr             +The Bank of New York Mellon, f/k/a The Bank of New,    c/o Frenkel, Lambert, Weiss, Weisman & G,
                 80 Main Street, Suite 460,    West Orange, NJ 07052-5414
517805013      +BAC Home Loan,    PO Box 650070,    Dallas, TX 75265-0070
517805015      +BAC Home Loan Servicing,    PO Box 31785,    Tampa, FL 33631-3785
517805016      +BAC Home Loan Servicing Inc.,    PO Box 650070,    Dallas, TX 75265-0070
517805020       Bank of America,    475 Crosspoint Parkway,    PO Box 9000,    Getzville, NY 14068-9000
517805023      +Bank of America,    100 North Tron Street,    Charlotte, NC 28255-0001
517805019      +Bank of America,    PO Box 30770,    Tampa, FL 33630-3770
517805017      +Bank of America,    PO Box 660933,    Dallas, TX 75266-0933
517805022       Bank of America,    PO Box 53137,    Phoenix, AZ 85072-3137
517805021      +Bank of America,    Attn: Recovery Department,    PO Box 2278,    Norfolk, VA 23501-2278
517805018       Bank of America,    PO Box 220411,    Greensboro, NC 27420
517805024      +Beatrice Avella,    4306 Newkirk Avenue,    Apartment#1,    North Bergen, NJ 07047-2710
517805027      +Countrywide Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
517805026       Countrywide Home Loans,    PO Box 660694,    Dallas, TX 75266-0694
517805028      +Countrywide Home Loans, Inc.,    PO Box 10221,    Van Nuys, CA 91410-0221
517805029      +Crown Bank,    P0 Box 130,    Brick, NJ 08723-0130
517805031      +Crown Bank,    27 Prince Street,    Elizabeth, NJ 07208-3265
517805030      +Crown Bank,    273 Brick Boulevard,    Brick, NJ 08723-7167
517832837      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517805037      +Hessa - Higher Education of NJ,    PO Box 548,    Trenton, NJ 08625-0548
517805038       Higher Education,    Student Assistance Authority,    PO Box 528,    Newark, NJ 07101-0528
517805039      +Hill Wallack,    Attorneys At Law,    202 Carnegie Center,    Princeton, NJ 08540-6239
517805053      +Michelle Tawil,    8701 Kennedy Boulevard,    North Bergen, NJ 07047-4387
517805054      +Ms. Michelle Tawil,    8701 Kennedy Boulevard,    North Bergen, NJ 07047-4387
517890483      +NJCLASS,    Po Box 548,    Trenton NJ 08625-0548
517805056      +New Jersey HIgher Education,    PO Box 548,    Trenton, NJ 08625-0548
517805058       New Jersey HIgher Education,    PO Box 528,    Trenton, NJ 08625
517805057      +New Jersey Higher Education,    PO Box 540,    Trenton, NJ 08625-0540
517805055       New Jersey Higher Education,    PO Box 18385,    Newark, NJ 07191-8385
517805061      +Nicole Avella,    4306 Newkirk Avenue,    North Bergen, NJ 07047-2710
517805062      +Pressler, Felt, & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517805063      +Pressler, Felt, & Warshaw, LLP ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
517805074      +SLS,    PO Box 636005,    Littleton, CO 80163-6005
517805073      +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
517805072      +SLS,    PO Box 11023,    Orange, CA 92856-8123
517805080      +SPS,    10401 Deewood Parkway,    Jacksonville, FL 32256-5007
517805086     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,
                 50 Barrack Street, 9th Floor,    P0 Box 245,    Trenton, NJ 08646)
517805067       Select Portfolio Servicing,    338 S. Warminster Road,    One Conti Park, Suite 31,
                 Hatboro, PA 19040
517805075       Specialized Loan Servicing,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
517805077      +Specialized Loan Servicing, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
517805078      +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
517805084      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517805082      +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                 Trenton, NJ 08646-0269
517805088      +Superior Court of New Jersey,    Law Division , Special Civil Part,    595 Newark Avenue, Rm 711,
                 Ref # DC-008892-18,    Jersey City, NJ 07306-2394
517805089      +Tawil Physical Therapy,    8701 Kennedy Boulevard,    North Bergen, NJ 07047-4387
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 24 2019 00:52:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517805034       E-mail/Text: mrdiscen@discover.com Dec 24 2019 00:51:05      Discover Card,    PO Box 30943,
                 Salt Lake City, UT 84130
517805033       E-mail/Text: mrdiscen@discover.com Dec 24 2019 00:51:05      Discover Card,    PO Box 30953,
                 Salt Lake City, UT 84130
517805032       E-mail/Text: mrdiscen@discover.com Dec 24 2019 00:51:05      Discover Card,    PO Box 5014,
                 Sandy, UT 84091
517805035       E-mail/Text: mrdiscen@discover.com Dec 24 2019 00:51:05      Discover Card,    PO Box 5021,
                 Sandy, UT 84091-5021
```

```
District/off: 0312-2                  User: admin                    Page 2 of 3                      Date Rcvd: Dec 23, 2019
                                      Form ID: pdf901                Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517805036       +E-mail/Text: mrdiscen@discover.com Dec 24 2019 00:51:05      Discover Card,    PO Box 6103,
                 Carol Stream, IL 60197-6103
517805046        E-mail/Text: cio.bncmail@irs.gov Dec 24 2019 00:51:30      IRS,    ACS Support - Stop 5050,
                 PO Box 219236,    Kansas City, MO 64121
517805081       +E-mail/Text: jennifer.chacon@spservicing.com Dec 24 2019 00:53:32       SPS,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
517805064       +E-mail/Text: jennifer.chacon@spservicing.com Dec 24 2019 00:53:32       Select Portfolio Services,
                 PO Box 65450,    Salt Lake City, UT 84165-0450
517805069       +E-mail/Text: jennifer.chacon@spservicing.com Dec 24 2019 00:53:32
                 Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
                                                                                               TOTAL: 11


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517840617        The Bank of New York Mellon, f/k/a The Bank of New
517805014*      +BAC Home Loan,    PO Box 650070,    Dallas, TX 75265-0070
518394886*      +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,     Highlands Ranch, Colorado 80129-2386
517805048*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   IRS,    PO Box 219236,    Kansas City, MO 64121)
517805044*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Insolvency Operations,    PO Box 21125,
                 Philadelphia, PA 19114)
517805045*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Insolvency Operations,    PO Box 21126,
                 Philadelphia, PA 19114)
517805041*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 57,    Bensalem, PA 19020)
517805042*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 660169,    Dallas, TX 75266)
517805047*      +IRS,   PO Box 804527,    Cincinnati, OH 45280-4527
517805049*       IRS Service Center,    Holtsville, NY 00501-0002
517805043*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517805040*       Internal Revenue Service,    Special Procedures Function,    PO Box 744,   Springfield, NJ 07081
517805060*       New Jersey Higher Education,    PO Box 528,    Trenton, NJ 08625
517805059*       New Jersey Higher Education,    PO Box 18385,    Newark, NJ 07191-8385
517805083*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08646-0245)
517805087*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 267,
                 Trenton, NJ 08695)
517805085*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 283,
                 Trenton, NJ 08695)
517805065*      +Select Portfolio Services Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
517805066*      +Select Portfolio Services LLC,    PO Box 65450,    Salt Lake City, UT 84165-0450
517805071*      +Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
517805070*      +Select Portfolio Servicing,    3815 South West Temple,    Salt Lake City, UT 84115-4412
517805076*       Specialized Loan Servicing, LLC,    5742 Lucent Blvd.,    Suite 300,   Littleton, CO 80129
517805079*       Specialized Loan Servicing, LLC,    5742 Lucent Blvd.,    Suite 300,   Littleton, CO 80129
517805025      ##+Buckley Madole PC ESQ,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
517805050      ##+McCalla Raymer Leibert Pierce LLC,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
517805051      ##+McCalla Raymoer Leibert Pierce ESQ,    99 Wood Avenue South,    Suite 803,
                 Iselin, NJ 08830-2713
517805052      ##+McCalla Raymoer Leibert Pierce LLC ESQ,    99 Wood Avenue South,    Suite 803,
                 Iselin, NJ 08830-2713
517805068      ##+Select Portfolio Servicing,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                                TOTALS: 1, * 22, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Dec 23, 2019
                              Form ID: pdf901          Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing as Servicer for Deutsche
               Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage
               Pass-Through Certificates, Series 2004-AR10 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
               Pass-Through Certificates Series 2005-62 DMcDonough@flwlaw.com
              Herbert B. Raymond    on behalf of Debtor Francis D Avella herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
               Under the Pooling and Servicing Agreement Dated Se NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
               NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
               as serviced by Specialized Loan Servicing, LLC NJ_ECF_Notices@mccalla.com
              Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
               Pass-Through Certificates Series 2005-62 DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```