Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−30162−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Francis D Avella
    aka Frank Avella
    4306 Newkirk Avenue
    Apartment#1
    North Bergen, NJ 07047

Social Security No.:
    xxx−xx−7255

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       2/6/20
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$2,400.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☐  will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☑  will reduce the amount to be paid to general unsecured creditors under the plan as follows: Pot Plan

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 2, 2020
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-30162-VFP
Francis D Avella                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 3              Date Rcvd: Jan 02, 2020
                              Form ID: 137              Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
```
db            +Francis D Avella,    4306 Newkirk Avenue,    Apartment#1,    North Bergen, NJ 07047-2710
aty           +Kevin McDonald,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
cr            +Deutsche Bank National Trust Company, as Trustee f,     8742 Lucent Blvd,    Suite 300,
                Highlands Ranch, CO 80129-2386
cr            +Specialized Loan Servicing, LLC as servicer for De,     McCalla Raymer Leibert Pierce, LLC,
                99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
cr            +The Bank of New York Mellon, f/k/a The Bank of New,     c/o Frenkel, Lambert, Weiss, Weisman & G,
                80 Main Street, Suite 460,    West Orange, NJ 07052-5414
517805013     +BAC Home Loan,    PO Box 650070,    Dallas, TX 75265-0070
517805015     +BAC Home Loan Servicing,    PO Box 31785,    Tampa, FL 33631-3785
517805016     +BAC Home Loan Servicing Inc.,    PO Box 650070,    Dallas, TX 75265-0070
517805020      Bank of America,    475 Crosspoint Parkway,    PO Box 9000,    Getzville, NY 14068-9000
517805017     +Bank of America,    PO Box 660933,    Dallas, TX 75266-0933
517805021     +Bank of America,    Attn: Recovery Department,    PO Box 2278,    Norfolk, VA 23501-2278
517805019     +Bank of America,    PO Box 30770,    Tampa, FL 33630-3770
517805022      Bank of America,    PO Box 53137,    Phoenix, AZ 85072-3137
517805018      Bank of America,    PO Box 220411,    Greensboro, NC 27420
517805023     +Bank of America,    100 North Tron Street,    Charlotte, NC 28255-0001
517805024     +Beatrice Avella,    4306 Newkirk Avenue,    Apartment#1,    North Bergen, NJ 07047-2710
517805026      Countrywide Home Loans,    PO Box 660694,    Dallas, TX 75266-0694
517805027     +Countrywide Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
517805028     +Countrywide Home Loans, Inc.,    PO Box 10221,    Van Nuys, CA 91410-0221
517805029     +Crown Bank,    P0 Box 130,    Brick, NJ 08723-0130
517805031     +Crown Bank,    27 Prince Street,    Elizabeth, NJ 07208-3265
517805030     +Crown Bank,    273 Brick Boulevard,    Brick, NJ 08723-7167
517832837     +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517805037     +Hessa - Higher Education of NJ,    PO Box 548,    Trenton, NJ 08625-0548
517805038      Higher Education,    Student Assistance Authority,    PO Box 528,    Newark, NJ 07101-0528
517805039     +Hill Wallack,    Attorneys At Law,    202 Carnegie Center,    Princeton, NJ 08540-6239
517805053     +Michelle Tawil,    8701 Kennedy Boulevard,    North Bergen, NJ 07047-4387
517805054     +Ms. Michelle Tawil,    8701 Kennedy Boulevard,    North Bergen, NJ 07047-4387
517890483     +NJCLASS,    Po Box 548,    Trenton NJ 08625-0548
517805056     +New Jersey HIgher Education,    PO Box 548,    Trenton, NJ 08625-0548
517805058      New Jersey HIgher Education,    PO Box 528,    Trenton, NJ 08625
517805057     +New Jersey Higher Education,    PO Box 540,    Trenton, NJ 08625-0540
517805055      New Jersey Higher Education,    PO Box 18385,    Newark, NJ 07191-8385
517805061     +Nicole Avella,    4306 Newkirk Avenue,    North Bergen, NJ 07047-2710
517805062     +Pressler, Felt, & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517805063     +Pressler, Felt, & Warshaw, LLP ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
517805074     +SLS,    PO Box 636005,    Littleton, CO 80163-6005
517805073     +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
517805072     +SLS,    PO Box 11023,    Orange, CA 92856-8123
517805080     +SPS,    10401 Deewood Parkway,    Jacksonville, FL 32256-5007
517805086    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,
                 50 Barrack Street, 9th Floor,    P0 Box 245,    Trenton, NJ 08646)
517805067      Select Portfolio Servicing,    338 S. Warminster Road,    One Conti Park, Suite 31,
                Hatboro, PA 19040
517805075      Specialized Loan Servicing,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
517805077     +Specialized Loan Servicing, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
517805078     +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
517805084     +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517805082     +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                Trenton, NJ 08646-0269
517805088     +Superior Court of New Jersey,    Law Division , Special Civil Part,    595 Newark Avenue, Rm 711,
                Ref # DC-008892-18,    Jersey City, NJ 07306-2394
517805089     +Tawil Physical Therapy,    8701 Kennedy Boulevard,    North Bergen, NJ 07047-4387
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 02 2020 23:19:09      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 02 2020 23:19:07      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517805034      E-mail/Text: mrdiscen@discover.com Jan 02 2020 23:18:25      Discover Card,    PO Box 30943,
                Salt Lake City, UT 84130
517805033      E-mail/Text: mrdiscen@discover.com Jan 02 2020 23:18:25      Discover Card,    PO Box 30953,
                Salt Lake City, UT 84130
517805032      E-mail/Text: mrdiscen@discover.com Jan 02 2020 23:18:25      Discover Card,    PO Box 5014,
                Sandy, UT 84091
517805035      E-mail/Text: mrdiscen@discover.com Jan 02 2020 23:18:25      Discover Card,    PO Box 5021,
                Sandy, UT 84091-5021
```

```
District/off: 0312-2                  User: admin                    Page 2 of 3                  Date Rcvd: Jan 02, 2020
                                      Form ID: 137                   Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517805036       +E-mail/Text: mrdiscen@discover.com Jan 02 2020 23:18:25      Discover Card,    PO Box 6103,
                 Carol Stream, IL 60197-6103
517805046        E-mail/Text: cio.bncmail@irs.gov Jan 02 2020 23:18:38       IRS,   ACS Support  - Stop 5050,
                 PO Box 219236,    Kansas City, MO 64121
517805081       +E-mail/Text: jennifer.chacon@spservicing.com Jan 02 2020 23:19:56      SPS,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
517805064       +E-mail/Text: jennifer.chacon@spservicing.com Jan 02 2020 23:19:56      Select Portfolio Services,
                 PO Box 65450,    Salt Lake City, UT 84165-0450
517805069       +E-mail/Text: jennifer.chacon@spservicing.com Jan 02 2020 23:19:56      Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 11


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517840617        The Bank of New York Mellon, f/k/a The Bank of New
517805014*      +BAC Home Loan,    PO Box 650070,    Dallas, TX 75265-0070
518394886*      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517805048*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   IRS,    PO Box 219236,    Kansas City, MO 64121)
517805044*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Insolvency Operations,    PO Box 21125,
                 Philadelphia, PA 19114)
517805045*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Insolvency Operations,    PO Box 21126,
                 Philadelphia, PA 19114)
517805041*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 57,    Bensalem, PA 19020)
517805042*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 660169,    Dallas, TX 75266)
517805047*      +IRS,    PO Box 804527,    Cincinnati, OH 45280-4527
517805049*       IRS Service Center,    Holtsville, NY 00501-0002
517805043*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517805040*       Internal Revenue Service,    Special Procedures Function,    PO Box 744,    Springfield, NJ 07081
517805060*       New Jersey Higher Education,    PO Box 528,    Trenton, NJ 08625
517805059*       New Jersey Higher Education,    PO Box 18385,    Newark, NJ 07191-8385
517805083*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08646-0245)
517805087*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 267,
                 Trenton, NJ 08695)
517805085*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 283,
                 Trenton, NJ 08695)
517805065*      +Select Portfolio Services Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
517805066*      +Select Portfolio Services LLC,    PO Box 65450,    Salt Lake City, UT 84165-0450
517805071*      +Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
517805070*      +Select Portfolio Servicing,    3815 South West Temple,    Salt Lake City, UT 84115-4412
517805076*       Specialized Loan Servicing, LLC,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
517805079*       Specialized Loan Servicing, LLC,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
517805025      ##+Buckley Madole PC ESQ,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
517805050      ##+McCalla Raymer Leibert Pierce LLC,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
517805051      ##+McCalla Raymoer Leibert Pierce ESQ,    99 Wood Avenue South,    Suite 803,
                 Iselin, NJ 08830-2713
517805052      ##+McCalla Raymoer Leibert Pierce LLC ESQ,    99 Wood Avenue South,    Suite 803,
                 Iselin, NJ 08830-2713
517805068      ##+Select Portfolio Servicing,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 1, * 22, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin                Page 3 of 3           Date Rcvd: Jan 02, 2020
                              Form ID: 137               Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing as Servicer for Deutsche
               Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage
               Pass-Through Certificates, Series 2004-AR10 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
               Pass-Through Certificates Series 2005-62 DMcDonough@flwlaw.com
              Herbert B. Raymond    on behalf of Debtor Francis D Avella herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
               Under the Pooling and Servicing Agreement Dated Se NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
               NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
               as serviced by Specialized Loan Servicing, LLC NJ_ECF_Notices@mccalla.com
              Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
               Pass-Through Certificates Series 2005-62 DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 10
```