| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>Telephone: (973) 675-5622<br>Telefax: (408) 519-6711;<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond #HR-1379<br>Jeffrey M. Raymond<br>Attorneys for the Debtor(s)** | Order Filed on February 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  FRANCIS AVELLA,  DEBTOR(S) | Case No.: 18-30162 (VFP)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: VINCENT PAPALIA |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

   The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: February 13, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Francis Avella, Debtor(s)

Case no.:  18-30162 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$2,400.00** for services rendered and expenses in the amount **$0.00**   for a total of **$2,400.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

These payments are to be made by the Debtor to the Chapter 13 Trustee, Marie-Ann Greenberg, Esq.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.