UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711;
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379
Jeffrey M. Raymond
Attorneys for the Debtor(s)**

Order Filed on February 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

 FRANCIS AVELLA,  DEBTOR(S)

Case No.: 18-30162 (VFP)

Adv. No.:

Hearing Date:

Judge: VINCENT PAPALIA

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

   The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: February 13, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Francis Avella, Debtor(s)

Case no.:  18-30162 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$2,400.00** for services rendered and expenses in the amount **$0.00**  for a total of **$2,400.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

These payments are to be made by the Debtor to the Chapter 13 Trustee, Marie-Ann Greenberg, Esq.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 18-30162-VFP
Francis D Avella Chapter 13
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 1 Date Rcvd: Feb 14, 2020
 Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db +Francis D Avella,    4306 Newkirk Avenue,    Apartment#1,    North Bergen, NJ 07047-2710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
 Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing as Servicer for Deutsche
  Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage
  Pass-Through Certificates, Series 2004-AR10 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
 Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
  Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
  dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
 Douglas J. McDonough    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
  York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
  Pass-Through Certificates Series 2005-62 DMcDonough@flwlaw.com
 Herbert B. Raymond    on behalf of Debtor Francis D Avella herbertraymond@gmail.com,
  raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
  ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
  ls789@gmail.com
 Marie-Ann  Greenberg    magecf@magtrustee.com
 Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
  IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
  Under the Pooling and Servicing Agreement Dated Se NJ_ECF_Notices@mccalla.com
 Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
  Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
  NJ_ECF_Notices@mccalla.com
 Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
  IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
  as serviced by Specialized Loan Servicing, LLC NJ_ECF_Notices@mccalla.com
 Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
  as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
  Pass-Through Certificates Series 2005-62 DMcDonough@flwlaw.com
 U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
 TOTAL: 10