Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−30162−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Francis D Avella
  aka Frank Avella
  4306 Newkirk Avenue
  Apartment#1
  North Bergen, NJ 07047

Social Security No.:
  xxx−xx−7255

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/17/20 at 10:00 AM

to consider and act upon the following:

*84* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/14/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*86* − Certification in Opposition to (related document:84 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/14/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Herbert B. Raymond on behalf of Francis D Avella. (Raymond, Herbert)

Dated: 8/14/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-30162-VFP
Francis D Avella                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1              Date Rcvd: Aug 14, 2020
                               Form ID: ntchrgbk         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
db           +Francis D Avella,    4306 Newkirk Avenue,    Apartment#1,    North Bergen, NJ 07047-2710
aty          +Kevin McDonald,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
cr           +Deutsche Bank National Trust Company, as Trustee f,    8742 Lucent Blvd,    Suite 300,
               Highlands Ranch, CO 80129-2386
cr           +Specialized Loan Servicing, LLC as servicer for De,    McCalla Raymer Leibert Pierce, LLC,
               99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
cr           +The Bank of New York Mellon, f/k/a The Bank of New,    c/o Frenkel, Lambert, Weiss, Weisman & G,
               80 Main Street, Suite 460,    West Orange, NJ 07052-5414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
           Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing as Servicer for Deutsche
           Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage
           Pass-Through Certificates, Series 2004-AR10 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Douglas J. McDonough    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
           Pass-Through Certificates Series 2005-62 DMcDonough@flwlaw.com
          Herbert B. Raymond    on behalf of Debtor Francis D Avella herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
           as serviced by Specialized Loan Servicing, LLC NJ_ECF_Notices@mccalla.com,
           mccallaecf@ecf.courtdrive.com
          Melissa N. Licker    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
           Under the Pooling and Servicing Agreement Dated Se NJ_ECF_Notices@mccalla.com,
           mccallaecf@ecf.courtdrive.com
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
           Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10
           NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
          Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
           as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
           Pass-Through Certificates Series 2005-62 DMcDonough@flwlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 10