# RAYMOND AND RAYMOND

**ATTORNEYS AT LAW**
**7 GLENWOOD AVENUE, 4th FLOOR, STE. 408**
**EAST ORANGE, NEW JERSEY 07017**
--------
**TELEPHONE: (973) 675-5622**
**TELEFAX: (408) 519-6711**
**EMAIL: herbertraymond@gmail.com**

September 29, 2020

Honorable Vincent Papalia, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

    Re: Francis Avella
       18-30162
       Chapter 13
    Proceeding: Select Portfolio Servicing's Default
           Certification
    Hearing Date: To Be Determined

Dear Judge Papalia:

    Please accept this letter in opposition to the above matter. My office has preliminarily discussed the matter with the debtor's family but have been unable to thus far prepare a formal opposition. We have been advised that debtor has been extremely ill and in the hospital for some time now. While debtor disputes the accuracy of the pay history he has been unable due to his condition to provide additional proofs of payments or to substantively discuss the matter with my office at this time.

    I would therefore request that the court mark the matter as contested, with the intension of a formal opposition being filed shortly.

                              Respectfully Submitted,

                              /s/ HERBERT B. RAYMOND, ESQ.
                              ----------------------------
                              Herbert B. Raymond, Esq.