Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 18−30162−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francis D Avella
   aka Frank Avella
   4306 Newkirk Avenue
   Apartment#1
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7255

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/5/20 at 10:00 AM

to consider and act upon the following:

**98** − Creditor's Certification of Default filed by Douglas J. McDonough on behalf of The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005−62, Mortgage Pass−Through Certificates Series 2005−62. Objection deadline is 09/29/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (McDonough, Douglas)

**101** − Debtor's Attorney's Letter in Opposition to (related document:98 Creditor's Certification of Default filed by Douglas J. McDonough on behalf of The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005−62, Mortgage Pass−Through Certificates Series 2005−62. Objection deadline is 09/29/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005−62, Mortgage Pass−Through Certificates Series 2005−62) filed by Herbert B. Raymond on behalf of Francis D Avella. (Raymond, Herbert)

Dated: 9/30/20

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court