Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−30162−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francis D Avella
   aka Frank Avella
   4306 Newkirk Avenue
   Apartment#1
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7255

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:    3/18/21
Time:    02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,
period: 11/5/2020 to 2/18/2021,

COMMISSION OR FEES
$1,200.00

EXPENSES
$0.

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: Pot Plan

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 19, 2021
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Francis D Avella  
Debtor

Case No. 18-30162-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4  
Date Rcvd: Feb 19, 2021  Form ID: 137  Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francis D Avella, 4306 Newkirk Avenue, Apartment#1, North Bergen, NJ 07047-2710 |
| aty | + | Kevin McDonald, 216 Haddon Ave., Ste. 406, Westmont, NJ 08108-2812 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Specialized Loan Servicing, LLC as servicer for De, McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | The Bank of New York Mellon, f/k/a The Bank of New, c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 517805013 | + | BAC Home Loan, PO Box 650070, Dallas, TX 75265-0070 |
| 517805015 | + | BAC Home Loan Servicing, PO Box 31785, Tampa, FL 33631-3785 |
| 517805016 | + | BAC Home Loan Servicing Inc., PO Box 650070, Dallas, TX 75265-0070 |
| 517805020 |   | Bank of America, 475 Crosspoint Parkway, PO Box 9000, Getzville, NY 14068-9000 |
| 517805019 | + | Bank of America, PO Box 30770, Tampa, FL 33630-3770 |
| 517805017 | + | Bank of America, PO Box 660933, Dallas, TX 75266-0933 |
| 517805022 |   | Bank of America, PO Box 53137, Phoenix, AZ 85072-3137 |
| 517805018 |   | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 517805023 | + | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 517805021 | + | Bank of America, Attn: Recovery Department, PO Box 2278, Norfolk, VA 23501-2278 |
| 517805024 | + | Beatrice Avella, 4306 Newkirk Avenue, Apartment#1, North Bergen, NJ 07047-2710 |
| 517805026 |   | Countrywide Home Loans, PO Box 660694, Dallas, TX 75266-0694 |
| 517805027 | + | Countrywide Home Loans, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 517805028 | + | Countrywide Home Loans, Inc., PO Box 10221, Van Nuys, CA 91410-0221 |
| 517805030 | + | Crown Bank, 273 Brick Boulevard, Brick, NJ 08723-7167 |
| 517805031 | + | Crown Bank, 27 Prince Street, Elizabeth, NJ 07208-3265 |
| 517805029 | + | Crown Bank, P0 Box 130, Brick, NJ 08723-0130 |
| 518394886 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517832837 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 517805037 | + | Hessa - Higher Education of NJ, PO Box 548, Trenton, NJ 08625-0548 |
| 517805038 |   | Higher Education, Student Assistance Authority, PO Box 528, Newark, NJ 07101-0528 |
| 517805039 | + | Hill Wallack, Attorneys At Law, 202 Carnegie Center, Princeton, NJ 08540-6239 |
| 517805053 | + | Michelle Tawil, 8701 Kennedy Boulevard, North Bergen, NJ 07047-4387 |
| 517805054 | + | Ms. Michelle Tawil, 8701 Kennedy Boulevard, North Bergen, NJ 07047-4387 |
| 517890483 | + | NJCLASS, Po Box 548, Trenton NJ 08625-0548 |
| 517805056 | + | New Jersey HIgher Education, PO Box 548, Trenton, NJ 08625-0548 |
| 517805057 | + | New Jersey HIgher Education, PO Box 540, Trenton, NJ 08625-0540 |
| 517805058 |   | New Jersey HIgher Education, PO Box 528, Trenton, NJ 08625 |
| 517805055 |   | New Jersey Higher Education, PO Box 18385, Newark, NJ 07191-8385 |
| 517805061 | + | Nicole Avella, 4306 Newkirk Avenue, North Bergen, NJ 07047-2710 |
| 517805062 | + | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805063 | + | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517805073 | + | SLS, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386 |
| 517805074 | + | SLS, PO Box 636005, Littleton, CO 80163-6005 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: 137 | Total Noticed: 63 |

| | | |
|---|---|---|
| 517805072 | + | SLS, PO Box 11023, Orange, CA 92856-8123 |
| 517805080 | + | SPS, 10401 Deewood Parkway, Jacksonville, FL 32256-5007 |
| 517805086 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, 50 Barrack Street, 9th Floor, P0 Box 245, Trenton, NJ 08646 |
| 517805068 | + | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 517805067 | + | Select Portfolio Servicing, 338 S. Warminster Road, One Conti Park, Suite 31, Hatboro, PA 19040 |
| 517805075 | | Specialized Loan Servicing, 5742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 517805077 | + | Specialized Loan Servicing, LLC, PO Box 105219, Atlanta, GA 30348-5219 |
| 517805078 | + | Specialized Loan Servicing, LLC, PO Box 636005, Littleton, CO 80163-6005 |
| 517805084 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 517805082 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 517805088 | + | Superior Court of New Jersey, Law Division , Special Civil Part, 595 Newark Avenue, Rm 711, Ref # DC-008892-18, Jersey City, NJ 07306-2394 |
| 517805089 | + | Tawil Physical Therapy, 8701 Kennedy Boulevard, North Bergen, NJ 07047-4387 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517805034 | | Email/Text: mrdiscen@discover.com | Feb 19 2021 20:55:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 517805033 | | Email/Text: mrdiscen@discover.com | Feb 19 2021 20:55:00 | Discover Card, PO Box 30953, Salt Lake City, UT 84130 |
| 517805035 | | Email/Text: mrdiscen@discover.com | Feb 19 2021 20:55:00 | Discover Card, PO Box 5021, Sandy, UT 84091-5021 |
| 517805032 | | Email/Text: mrdiscen@discover.com | Feb 19 2021 20:55:00 | Discover Card, PO Box 5014, Sandy, UT 84091 |
| 517805036 | + | Email/Text: mrdiscen@discover.com | Feb 19 2021 20:55:00 | Discover Card, PO Box 6103, Carol Stream, IL 60197-6103 |
| 517805046 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2021 20:56:00 | IRS, ACS Support - Stop 5050, PO Box 219236, Kansas City, MO 64121 |
| 517805081 | + | Email/Text: jennifer.chacon@spservicing.com | Feb 19 2021 20:59:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517805064 | + | Email/Text: jennifer.chacon@spservicing.com | Feb 19 2021 20:59:00 | Select Portfolio Services, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 517805069 | + | Email/Text: jennifer.chacon@spservicing.com | Feb 19 2021 20:59:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517840617 | | The Bank of New York Mellon, f/k/a The Bank of New |
| 517805014 | *+ | BAC Home Loan, PO Box 650070, Dallas, TX 75265-0070 |
| 517805048 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 219236, Kansas City, MO 64121 |
| 517805044 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 517805045 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21126, Philadelphia, PA 19114 |
| 517805041 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA |

Case 18-30162-VFP    Doc 114    Filed 02/21/21    Entered 02/22/21 00:20:25    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: 137 | Total Noticed: 63 |

| | | |
|---|---|---|
| | | 19101-7346, address filed with court:, Internal Revenue Service, PO Box 57, Bensalem, PA 19020 |
| 517805042 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 660169, Dallas, TX 75266 |
| 517805047 | *+ | IRS, PO Box 804527, Cincinnati, OH 45280-4527 |
| 517805049 | * | IRS Service Center, Holtsville, NY 00501-0002 |
| 517805043 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517805040 | * | Internal Revenue Service, Special Procedures Function, PO Box 744, Springfield, NJ 07081 |
| 517805060 | * | New Jersey Higher Education, PO Box 528, Trenton, NJ 08625 |
| 517805059 | * | New Jersey Higher Education, PO Box 18385, Newark, NJ 07191-8385 |
| 517805083 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 517805087 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 267, Trenton, NJ 08695 |
| 517805085 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 517805065 | *+ | Select Portfolio Services Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 517805066 | *+ | Select Portfolio Services LLC, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 517805070 | *+ | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 517805071 | *+ | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 517805076 | * | Specialized Loan Servicing, LLC, 5742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 517805079 | * | Specialized Loan Servicing, LLC, 5742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 517805025 | ##+ | Buckley Madole PC ESQ, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517805050 | ##+ | McCalla Raymer Leibert Pierce LLC, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517805051 | ##+ | McCalla Raymoer Leibert Pierce ESQ, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517805052 | ##+ | McCalla Raymoer Leibert Pierce LLC ESQ, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |

TOTAL: 1 Undeliverable, 21 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing as Servicer for Deutsche Bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates Series 2005-62 DMcDonough@flwlaw.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Francis D Avella herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra |

Case 18-30162-VFP    Doc 114    Filed 02/21/21    Entered 02/22/21 00:20:25    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: 137 | Total Noticed: 63 |

| | |
|---|---|
| | ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10 Under the Pooling and Servicing Agreement Dated Se NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10 NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10 as serviced by Specialized Loan Servicing, LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sean M. O'Brien | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates Series 2005-62 DMcDonough@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11