# RAYMOND AND RAYMOND

## ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4th FLOOR, STE. 408
EAST ORANGE, NEW JERSEY 07017
--------
TELEPHONE: (973) 675-5622
TELEFAX: (408) 519-6711
EMAIL: herbertraymond@gmail.com

August 20, 2021

Honorable Vincent Papalia, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

    Re: Estate of Francis Avella
       18-30162
       Chapter 13
    Proceeding: Specialized Loan Servicing's Default
    Certification
    Hearing Date: To Be Determined

Dear Judge Papalia:

    Please accept this late response and letter in lieu of a more formal response to the above matter.

    Since debtor has passed away, this letter is being filed in opposition to the above matter, in lieu of a certification of the debtor.

    The debtor's estate has advised me that the arrears as asserted will be cured in full next week.

    Assuming that the arrears are cured, the default certification should be withdrawn.

                              Respectfully Submitted,

                              /s/ HERBERT B. RAYMOND, ESQ.
                              ----------------------------
                              Herbert B. Raymond, Esq.