Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30162−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francis D Avella
   aka Frank Avella
   4306 Newkirk Avenue
   Apartment#1
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7255

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/16/21 at 10:00 AM

to consider and act upon the following:

*123* − Creditor's Certification of Default (related document:118 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/27/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

*124* − Debtor's Attorney's Letter in Opposition to (related document:123 Creditor's Certification of Default (related document:118 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/27/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by Herbert B. Raymond on behalf of Francis D Avella. (Raymond, Herbert)

Dated: 8/23/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court