Order Filed on March 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4th Floor
East Orange, New Jersey 07017
Phone: (973)675-5622
Telefax: 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq., Kevin DeLyon, Esq., Jeffrey Raymond, Esq., Attorneys for the Estate of the Debtor

| | |
|---|---|
| In Re: | Case No.: 18-30162 VFP |
| ESTATE OF FRANCIS D. AVELLA, DEBTOR(S) | Adv. No.: |
| | Hearing Date: 3/20/2025 @ 10:00 A.M. |
| | Judge: Vincent F. Papalia, U.S.B.J. |

ORDER WAIVING THE REQUIREMENT OF FILING
A CERTIFICATION IN SUPPORT OF DISCHARGE AND
EXEMPTING PARTICIPATION IN THE FINANCIAL
MANAGEMENT COURSE

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: March 24, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Estate of Francis D. Avella, Debtor(s)

Case no.: 18-30162 VFP

Caption of Order: Order Waiving the Requirement of Filing a Certification in Support of Discharge and Exempting Participation in the Financial Management Course
_____

    1. That the requirement of completing the Certification in Support of Discharge, as required by Section 1328(a) of the Code, as to the Estate of Francis D. Avella, be and is, hereby waived.

    2. That the Estate of Francis D. Avella, be and is, hereby exempted and/or excused, from participating in a Financial Management Course as required by Section 1328(g)(1) of the Code.