Form cscnodsc − ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−30162−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Francis D Avella
    aka Frank Avella
    4306 Newkirk Avenue
    Apartment#1
    North Bergen, NJ 07047

Social Security No.:
    xxx−xx−7255

Employer's Tax I.D. No.:

### NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐    Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the

Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: June 3, 2026
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                Case No. 18-30162-VFP

Francis D Avella                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                              Page 1 of 5

Date Rcvd: Jun 03, 2026                 Form ID: cscnodsc                    Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francis D Avella, 4306 Newkirk Avenue, Apartment#1, North Bergen, NJ 07047-2710 |
| aty | + | Kevin McDonald, 216 Haddon Ave., Ste. 406, Westmont, NJ 08108-2812 |
| cr | + | Specialized Loan Servicing, LLC as servicer for De, McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | The Bank of New York Mellon, f/k/a The Bank of New, c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 517805018 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 517805024 | + | Beatrice Avella, 4306 Newkirk Avenue, Apartment#1, North Bergen, NJ 07047-2710 |
| 517805025 | + | Buckley Madole PC ESQ, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517805026 | | Countrywide Home Loans, PO Box 660694, Dallas, TX 75266-0694 |
| 517805028 | + | Countrywide Home Loans, Inc., PO Box 10221, Van Nuys, CA 91410-0221 |
| 517805030 | + | Crown Bank, 273 Brick Boulevard, Brick, NJ 08723-7167 |
| 517805031 | + | Crown Bank, 27 Prince Street, Elizabeth, NJ 07208-3265 |
| 517805029 | + | Crown Bank, P0 Box 130, Brick, NJ 08723-0130 |
| 521071952 | + | Francis D. Avella, 4306 Newkirk Avenue, Apartment #1, North Bergen, NJ 07047-2710 |
| 517805037 | + | Hessa - Higher Education of NJ, PO Box 548, Trenton, NJ 08625-0548 |
| 517805038 | | Higher Education, Student Assistance Authority, PO Box 528, Newark, NJ 07101-0528 |
| 517805039 | + | Hill Wallack, Attorneys At Law, 202 Carnegie Center, Princeton, NJ 08540-6239 |
| 517805050 | + | McCalla Raymer Leibert Pierce LLC, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517805051 | + | McCalla Raymoer Leibert Pierce ESQ, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517805052 | + | McCalla Raymoer Leibert Pierce LLC ESQ, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517805053 | + | Michelle Tawil, 8701 Kennedy Boulevard, North Bergen, NJ 07047-4387 |
| 517805054 | + | Ms. Michelle Tawil, 8701 Kennedy Boulevard, North Bergen, NJ 07047-4387 |
| 517890483 | + | NJCLASS, Po Box 548, Trenton NJ 08625-0548 |
| 517805056 | + | New Jersey HIgher Education, PO Box 548, Trenton, NJ 08625-0548 |
| 517805057 | + | New Jersey HIgher Education, PO Box 540, Trenton, NJ 08625-0540 |
| 517805058 | | New Jersey HIgher Education, PO Box 528, Trenton, NJ 08625 |
| 517805055 | | New Jersey Higher Education, PO Box 18385, Newark, NJ 07191-8385 |
| 517805061 | + | Nicole Avella, 4306 Newkirk Avenue, North Bergen, NJ 07047-2710 |
| 517805072 | + | SLS, PO Box 11023, Orange, CA 92856-8123 |
| 517805067 | | Select Portfolio Servicing, 338 S. Warminster Road, One Conti Park, Suite 31, Hatboro, PA 19040 |
| 517805075 | | Specialized Loan Servicing, 5742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 517805077 | + | Specialized Loan Servicing, LLC, PO Box 105219, Atlanta, GA 30348-5219 |
| 517805082 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 517805088 | + | Superior Court of New Jersey, Law Division , Special Civil Part, 595 Newark Avenue, Rm 711, Ref # DC-008892-18, Jersey City, NJ 07306-2394 |
| 517805089 | + | Tawil Physical Therapy, 8701 Kennedy Boulevard, North Bergen, NJ 07047-4387 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 03, 2026 | Form ID: cscnodsc | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 03 2026 20:52:00 | Deutsche Bank National Trust Company, as Trustee f, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129 |
| cr | ^ | MEBN | Jun 03 2026 20:50:01 | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517805013 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 03 2026 20:51:00 | BAC Home Loan, PO Box 650070, Dallas, TX 75265-0070 |
| 517805015 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 03 2026 20:51:00 | BAC Home Loan Servicing, PO Box 31785, Tampa, FL 33631-3785 |
| 517805016 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 03 2026 20:51:00 | BAC Home Loan Servicing Inc., PO Box 650070, Dallas, TX 75265-0070 |
| 517805017 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Jun 03 2026 20:53:54 | Bank of America, PO Box 660933, Dallas, TX 75266-0933 |
| 517805022 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 03 2026 20:51:00 | Bank of America, PO Box 53137, Phoenix, AZ 85072-3137 |
| 517805023 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jun 03 2026 20:52:00 | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 517805021 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 03 2026 20:51:00 | Bank of America, Attn: Recovery Department, PO Box 2278, Norfolk, VA 23501 |
| 517805020 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jun 03 2026 20:52:00 | Bank of America, 475 Crosspoint Parkway, PO Box 9000, Getzville, NY 14068-9000 |
| 517805019 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 03 2026 20:51:00 | Bank of America, PO Box 30770, Tampa, FL 33630-3770 |
| 517805027 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 03 2026 20:51:00 | Countrywide Home Loans, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 518394886 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 03 2026 20:52:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 517805034 | | Email/Text: mrdiscen@discover.com | Jun 03 2026 20:52:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 517805033 | | Email/Text: mrdiscen@discover.com | Jun 03 2026 20:52:00 | Discover Card, PO Box 30953, Salt Lake City, UT 84130 |
| 517832837 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 03 2026 20:52:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 519233699 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 03 2026 20:52:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 517805035 | | Email/Text: mrdiscen@discover.com | Jun 03 2026 20:52:00 | Discover Card, PO Box 5021, Sandy, UT 84091-5021 |
| 517805032 | | Email/Text: mrdiscen@discover.com | Jun 03 2026 20:52:00 | Discover Card, PO Box 5014, Sandy, UT 84091 |
| 517805036 | + | Email/Text: mrdiscen@discover.com | Jun 03 2026 20:52:00 | Discover Card, PO Box 6103, Carol Stream, IL 60197-6103 |
| 517805046 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 03 2026 20:52:00 | IRS, ACS Support - Stop 5050, PO Box 219236, Kansas City, MO 64121 |
| 520371186 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 03 2026 20:52:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, South |

|  |  |  | Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
|---|---|---|---|
| 520371185 | Email/Text: mtgbk@shellpointmtg.com | Jun 03 2026 20:52:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 517805062 | Email/Text: signed.order@pfwattorneys.com | Jun 03 2026 20:52:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 517805063 | Email/Text: signed.order@pfwattorneys.com | Jun 03 2026 20:52:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 517805073 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 03 2026 20:52:00 | SLS, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80128 |
| 517805074 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 03 2026 20:52:00 | SLS, PO Box 636005, Littleton, CO 80163-6005 |
| 517805080 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 03 2026 20:53:00 | SPS, 10401 Deewood Parkway, Jacksonville, FL 32256-5007 |
| 517805081 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 03 2026 20:53:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517805086 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 03 2026 20:52:00 | State of New Jersey, Division of Taxation, 50 Barrack Street, 9th Floor, P0 Box 245, Trenton, NJ 08646 |
| 517805083 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 03 2026 20:52:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 517805087 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 03 2026 20:52:00 | State of New Jersey, Division of Taxation, PO Box 267, Trenton, NJ 08695 |
| 517805085 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 03 2026 20:52:00 | State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 517805064 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 03 2026 20:53:00 | Select Portfolio Services, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 517805068 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 03 2026 20:53:00 | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115 |
| 517805069 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 03 2026 20:53:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 517805078 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 03 2026 20:52:00 | Specialized Loan Servicing, LLC, PO Box 636005, Littleton, CO 80163-6005 |
| 517805084 | ^ MEBN | Jun 03 2026 20:50:06 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517840617 |  | The Bank of New York Mellon, f/k/a The Bank of New |
| 517805014 | *+ | BAC Home Loan, PO Box 650070, Dallas, TX 75265-0070 |
| 517805048 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 219236, Kansas City, MO 64121 |
| 517805044 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 517805045 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21126, Philadelphia, PA 19114 |
| 517805041 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 57, Bensalem, PA 19020 |
| 517805042 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 660169, Dallas, TX 75266 |
| 517805047 | *+ | IRS, PO Box 804527, Cincinnati, OH 45280-4527 |

District/off: 0312-2                                    User: admin                                    Page 4 of 5

Date Rcvd: Jun 03, 2026                          Form ID: cscnodsc                          Total Noticed: 74

| 517805049 | * | IRS Service Center, Holtsville, NY 00501-0002 |
| 517805043 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517805040 | * | Internal Revenue Service, Special Procedures Function, PO Box 744, Springfield, NJ 07081 |
| 517805060 | * | New Jersey Higher Education, PO Box 528, Trenton, NJ 08625 |
| 517805059 | * | New Jersey Higher Education, PO Box 18385, Newark, NJ 07191-8385 |
| 517805065 | *+ | Select Portfolio Services Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 517805066 | *+ | Select Portfolio Services LLC, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 517805070 | * | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115 |
| 517805071 | *+ | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 517805076 | * | Specialized Loan Servicing, LLC, 5742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 517805079 | * | Specialized Loan Servicing, LLC, 5742 Lucent Blvd., Suite 300, Littleton, CO 80129 |

TOTAL: 1 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Douglas J. McDonough | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates Series 2005-62 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Francis D Avella herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Specialized Loan Servicing as Servicer for Deutsche Bank National Trust Company  as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Specialized Loan Servicing  LLC as servicer for Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Melissa N. Licker | on behalf of Creditor Specialized Loan Servicing  LLC as servicer for Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10 mlicker@hinshawlaw.com |
| Melissa N. Licker | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10 as serviced by Specialized Loan Servicing, LLC mlicker@hinshawlaw.com |
| Melissa N. Licker | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10 Under the Pooling and Servicing Agreement Dated Se |

District/off: 0312-2                            User: admin                                    Page 5 of 5

Date Rcvd: Jun 03, 2026                    Form ID: cscnodsc                          Total Noticed: 74

mlicker@hinshawlaw.com

Nathalie Rodriguez

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates Series 2005-62 nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Sean O'Brien

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates Series 2005-62 sean.obrien.1108@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12